IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA S. HOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2783 |
| | § | |
| ILLINOIS TOOL WORKS, INC. and | § | |
| VALERON STRENGTH FILMS CO., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On August 31, 2009, this court ordered the plaintiff, Yolanda S. Holden, to pay the defendant, Illinois Tools Works, Inc., $9,823.09 by September 30, 2009 or her claims would be dismissed with prejudice. The amount consisted of the taxable costs awarded in prior litigation between these same parties and a monetary sanction imposed in this case. This court denied Holden's motion for reconsideration and reiterated the requirement to pay the outstanding amounts or face dismissal of this case, with prejudice. No such payment has been received.

In accordance with this court's prior orders, this case is dismissed, with prejudice.

SIGNED on October 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge